COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re AMLI/BPMT Town Square Partnership, AMLI Residential
Properties, L.P., AMLI Residential Partners LLC, and AMLI
Management Company

Appellate case number:  01-19-00565-CV

Trial court case number:  2017-24217

Trial court:                    295th District Court of Harris County

On August 27, 2019, the real parties in interest, Baron Real Property Holdings, LLC and TSquare Apts, LLC filed an (1) unopposed motion to supplement the mandamus record along with a supplemental mandamus record; (2) opposed motion to strike portions of the mandamus record; and (3) unopposed motion for extension of time to file a response to the mandamus petition. We grant the motion to supplement the mandamus record. *See* TEX. R. APP. P. 52.7(b). We will carry the motion to strike portions of the mandamus record with the case. We grant the motion for extension of time. The real parties in interest response is due within 14 days of the date of this order.

It is so **ORDERED**.

Judge's signature: ___/s/ Sherry Radack_____
                                   ☒ Acting individually     ☐ Acting for the Court

Date:  _August 29, 2019___